MICHAEL HINCKLEY, State Bar No. 161645
803 Hearst Avenue
Berkeley, California 94710
Telephone: (415) 706-1386
Email: hinckley@michaelhinckleylaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN VINOYA<br><br>Defendant. | Case Nos. CR 18-0603-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE FROM APRIL 13, 2020 TO JUNE 1, 2020.** |

Defendant John Vinoya, by and through his newly appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Katherine Lloyd-Lovett, hereby stipulate and agree to continue the sentencing date in this matter from April 13, 2020 at 2:00 p.m. to June 1, 2020 at 2:00 p.m.

Good cause exists for this request. Mr. Vinoya's appointed counsel is working to resolve and coordinate outstanding issues associated with Mr. Vinoya's related state case. This process has been unexpectedly delayed as result of the public health crisis as well as visitation difficulties. The requested additional time is needed to complete these and related tasks.

United States Probation Officer Karen Mar has no objection to this request.

STIPULATION AND (PROPOSED) ORDER
U.S. V. JOHN VINOYA, CR 18-0603 (HSG)

**IT IS SO STIPULATED.**

Dated: 3/26/2020　　　　　　　　/s/Katherine Lloyd-Lovett

　　　　　　　　　　　　　　　　KATHERINE LLOYD-LOVETT
　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: 3/26/2020　　　　　　　　/s/Michael Hinckley

　　　　　　　　　　　　　　　　MICHAEL HINCKLEY
　　　　　　　　　　　　　　　　Attorneys for Defendant

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for sentencing is continued from April 13, 2020 at 2:00 p.m. to June 1, 2020 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 3/27/2020　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　United States District Judge

STIPULATION AND (PROPOSED) ORDER
U.S. V. JOHN VINOYA, CR 18-0603 (HSG)